

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00769-CV

**IN THE INTEREST OF G.C.D.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00697
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Father or appellant Mother as both are indigent.

SIGNED April 29, 2015.

Marialyn Barnard, Justice

---

[1] The Honorable Renee Yanta is the presiding judge of the 150th Judicial District Court of Bexar County, Texas. The termination order was signed by Associate Judge, Charles E. Montemayor.